# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-3051**                                          **September Term, 2014**

**1:08-cr-00171-RCL-1**

**Filed On:** July 7, 2015

United States of America,

        Appellee

    v.

Mark Stubblefield,

        Appellant

      **BEFORE:**     Rogers,[*] Griffith, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion for appointment of counsel, the motion for a certificate of appealability ("COA"), the supplement thereto, the opposition to the motion for a COA and motion to dismiss, and the reply to the opposition to the motion for a COA and response to the motion to dismiss, it is

**ORDERED** that

    David DeBruin
    Jenner & Block
    1099 New York Avenue NW
    Suite 900
    Washington DC   20001-4412

a member of the bar of this court, be appointed as amicus curiae to present arguments in favor of appellant's position.  It is

**FURTHER ORDERED** that the motion for a COA and the motion to dismiss for lack of a COA be referred to a merits panel.  The parties are directed to address in their briefs the issues presented in the motion for a COA and the motion to dismiss rather than incorporate those arguments by reference.  The parties are further directed to address in their briefs the underlying question whether appellant is entitled to relief under 28 U.S.C. § 2255.  While not otherwise limited, the parties are directed to address in their briefs the suppressability of appellant's facial image.

_____

[*] Judge Rogers would grant appellant's motion for appointment of counsel.

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-3051**                                    **September Term, 2014**

The Clerk is directed to calendar this case for presentation to a merits panel.

**Per Curiam**