RECEIVED
Mail Room

SEP 1 7 2015

United States Court of Appeals
District of Columbia Circuit

# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMBIA

No. 14-3051                                     September Term, 1015

1:08-cr-00171-RCL-1

United States of America,

        Appelle,

    v.

Mark Stubblefield,

        Appellant,

## NOTICE

### Appellant Joining Brief of Amicus

Comes Now, appellant, Mark Stubblefield, and, hereby submitts this "NOTICE" in joining Brief of Amicus Curiae by David DeBruin & Josh M. Parker, Esq.

The Amicus Curiae Brief is to advance argument in Stubblefields favor for ( COA ), and Relief under 28 U.S.C. § 2255.

WHEREFORE, Defendant/Petitioner respectfully Submitts this NOTICE to this Honorable Court.

Respectfully Submitted,

*Mark Stubblefield*

Mark Stubblefield

1

## CERTIFICATE OF SERVICE

    I, Mark Stubblefield, Petitioner, do hereby certify that he caused to be mailed a true and correct copy of this Petitioner via prepaid First Clss Mail to all counsel of record on September 15, 2015.

           Date: September 15, 2015      Signed: *Mark Stubblefield*